**DISMISS and Opinion Filed November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00907-CV**

**SARAH CATHERINE NORRIS ALFORD AND**
**WMC VISTA HOLDINGS, LLC, Appellants**
**V.**
**JP-8 COMM, LLC, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03896-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Molberg and Pedersen, III
Opinion by Chief Justice Burns

This appeal from the trial court's interlocutory summary judgment was filed in anticipation of the trial court granting permission to appeal the otherwise unappealable order. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appeal may be taken only from final judgment that disposes of all issues between parties or interlocutory order authorized by statute); TEX. R. CIV. P. 168 (authorizing trial court to permit appeal from interlocutory order not otherwise appealable); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (authorizing permissive appeal if certain requirements are met). Because a permissive appeal is

commenced by petition filed after the trial court grants permission, *see* TEX. R. APP. P. 28.3(a), we ordered appellants to show cause why this appeal should not be dismissed for want of jurisdiction. More than ten days have passed since our show cause order and appellants have not responded. Accordingly, we dismiss the appeal. *See id.* 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS
CHIEF JUSTICE

220907F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SARAH CATHERINE NORRIS
ALFORD AND WMC VISTA
HOLDINGS, LLC, Appellants

No. 05-22-00907-CV V.

JP-8 COMM, LLC, JP-25
WASHINGTON, LLC, JP-44
MONT, LLC, JP-60 MONT, LLC,
JP-601 COURT, LLC, JP-BERHAM,
LLC, JP-DECATUR, LLC, JP-
GOODLETT, LLC, JP-CB, LLC,
AND LIBERTY BANKERS LIFE
INSURANCE COMPANY,
Appellees

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-03896-
2021.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees JP-8 Comm, LLC, JP-25 Washington, LLC, JP-44 Mont, LLC, JP-60 Mont, LLC, JP-601 Court, LLC, JP-Berham, LLC, JP-Decatur, LLC, JP-Goodlett, LLC, JP-CB, LLC, and Liberty Bankers Life Insurance Company recover their costs, if any, of this appeal from appellants Sarah Catherine Norris Alford and WMC Vista Holdings, LLC.

Judgment entered this 16th day of November 2022.